83,619-02

Oct. 8, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK
TX. COURT OF CRIMINAL APPEALS
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

RE: Writ No. WR-83,619-02

TO THE HON. ABEL ACOSTA, CLERK:

   Enclosed for presentment to the Judge who improperly moved
to Dismiss my Writ of Habeas Corpus on bogus issue as my con-
viction was Final and the issue in challenge is the 2nd action
of re-trying me on the same issue, hence Double Jeopardy.

   Please present this to the Court and send me the name of the
signing Judge. I thank you for your time in this matter.

Respectfully yours,

/s/ Sven Erik Johansson

Sven E. Johansson  1465256
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583

Notice to Court
   This 11:07 writ is not just about a conviction
it is mostly about a sentence that had been served
and after the probation had expired by 17 months
I was sentenced to four years T.D.C.J. I have found many
cases by the Court of criminal appears that state after expiration
of probation the Dist. Court losses Jurisdiction. I do not understand
why the court has dissmissed my writ, without written order
or given me an opportunity to perfect my writ?

                              Sven Erik Johansson

EX PARTE                              §

SVEN ERIK JOHANSSON,                   §        WRIT NO. WR-83,619-02

                Applicant.            §

### APPLICANT'S REQUEST FOR CLARIFICATION OF
### ART. 11.07 DISMISSAL ON BOGUS CLAIM

BEFORE THE COURT COMES NOW SVEN ERIK JOHANSSON, Applicant pro se, and files this his "Applicant's Request for Clarification of Art. 11.07 Dismissal on Bogus Claim" of the conviction not being final. This [IS] a bogus claim where the conviction in original Cause No. 10,205 out of Tyler County, Texas [was], in fact, FINAL as of September 25, 2011. (See attached document).

IF, as the documents show, Applicant's sentence for 4 years probation began on 9/26/2007, then simple math and common sense would hold that the probation ended and ceased to exist on 9/25/2011, some 16 month [prior] to the January 30, 2013 date that the "Revocation Warrant" was issued. This being a fact of Law, then the State had NO JURISDICTION with which to base either the bogus "revocation warrant" on nor to even arrest Applicant.

Applicant is clearly confused as to how and/or where Writ No. 23,645 came from unless it is a different cause number attached to the illegal revocation action of Double Jeopardy. For the Court of Criminal Appeals to summarily DISMISS the Writ on a bogus issue violates the Doctrine of Stare Decisis of a superior Court in HAINES v. Kerner, 404 U.S. 519, 92 S.Ct. 594 (1972) in that "PRO SE COMPLAINT [can only be dismised] if it appears beyond a doubt prisoner can prove no set of facts that will entitle

1

him to relief. (quoting <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46, 78 S.Ct. 99 (1957).

WHEREFORE, Applicant would so request the Court to take at tis point Judicial Notice of this action and consider the Constitutional violations set-out and raised in Applicant's properly filed Art. 11.07 Writ of Habeas Corpus or clearly explain how t the Court feels it can dismiss the Writ on a clearly bogus issue.

Respectfully submitted,

/s/ Sven Erik Johansson

Sven Erik Johansson 1465256
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583

NAME: JOHANSSON,SVEN ERIK                TDC NO: 01465256    UNIT: R3
                                         RACE: W

*PREV PRJ-REL-DATE:    09 22 2016
*PRES PRJ-REL-DATE:    09 22 2016     MAX-EXP-DATE:     09 22 2016
*INMATE STATUS:        S3 W           MAX TERM:            4 00 00


  FLAT TIME CREDITED:      2 05 27    CALC BEGIN DATE:     09 26 07
  GOOD TIME CREDITED:      1 08 22    TDC RECEIVE DATE:    11 12 07
  BONUS TIME CREDITED:     0 00 00    GOOD TIME LOST:             0
  WORK TIME CREDITED:      1 02 25    WORK TIME LOST:            0
*TOTAL TIME CREDITED:      5 05 14


*STATUS EFFECT DATE:     12 27 14     JAIL GOOD TIME RECEIVED: YES
PAROLE DATA: SUBMITTED FOR BOARD REVIEW

*MONTHLY ABSENCE CALCULATION*      2.0 ABSENCES FOR 02/15

ANY ERRORS IN THE NUMBER OF DAYS OF UNEXCUSED ABSENCES MUST BE
REPORTED TO THE ABSENTEE TRACKING COORDINATOR ON YOUR UNIT NO
LATER THAN SIX MONTHS FOLLOWING THE REPORTED MONTH.  FAILURE TO
REPORT ERRORS MEANS AGREEMENT WITH THE REPORTED ABSENCES.